No. 387. WARNER-QUINLAN CO. *v.* SWAN-FINCH OIL CORP. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Thomas G. Haight, Chauncey I. Clark,* and *William J. Dean* for petitioner. *Mr. Arthur Vanderbilt* for respondents.

No. 388. TRIPLETT ET AL. *v.* LOWELL ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Samuel E. Darby, Jr.,* for petitioners. *Messrs. C. V. Edwards* and *John B. Brady* for respondents. See *ante,* p. 570.

No. 389. ATLANTIC COAST LINE R. CO. *v.* MCDONALD, ADMINISTRATRIX. October 14, 1935. Petition for writ of certiorari to the Court of Appeals of Georgia denied. *Messrs. W. E. Kay* and *Lee W. Branch* for petitioner. *Mr. Clifford E. Hay* for respondent.

No. 390. HALL *v.* UNIVERSAL OIL PRODUCTS CO. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Donald W. Johnson, Charles V. Garnett,* and *Minitree Jones Fulton* for petitioner. *Messrs. Alexander F. Richmann* and *R. R. Brewster* for respondents.

No. 391. DENNIS *v.* NEW YORK CENTRAL R. CO. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. John F. Carlisle*

622

for petitioner. *Mr. Robert Newbegin* for respondent.

No. 393. North Western Refrigerator Line Co. *v.* Ervin et al., Receivers. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Harry Eugene Kelly* and *Albert S. Bozeman* for petitioner. *Messrs. Carl Fox* and *Rufus Creekmore* for respondents.

No. 394. Clifton Manufacturing Co. *v.* United States. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. William A. Sutherland* and *Joseph B. Brennan* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Carlton Fox* for the United States.

No. 395. Allen et al. *v.* Bethea et al. October 14, 1935. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Mr. Henry E. Davis* for petitioners. No appearance for respondents.

No. 397. Lake's Laundry, Inc. *v.* Braun et al. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Archibald Palmer* for petitioner. *Messrs. Duane R. Dills, Harold C. Mendelson,* and *Abraham S. Rudnick* for respondents.